RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 21 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORIGIA

ATLANTA DIVISION

DEAN JENKINS

Petitioner                                    FEDERAL CASE NO:

VS.

ELIZABETH MARTIN

&

DEANCURT STOCKBRIDGE II LLC
Cambridge Pointe Apt.

Respondent

## PETITION FOR REMOVAL OF ACTION

The petitioner respectfully petitions this court for removal of action.

COMES NOW petitioner as above stated and petitions this court for removal of action from the Magistrate Court of Clayton County. This petition is set forth on the following grounds;

1.

The proceedings occurring in violation of the and the Respondent's service of process is Unconstitutional with respect to the "Due Process Clauses" 14th Amendment with defective service.

2.

The Respondent has failed to state claim that grounds for relief may be granted.

3.

The judicial proceedings against the petitioner occurring in violation of the UCC 306.

WHEREFORE the Petitioner demands the following relief

This honorable Court remove this case from the Magistrate Court of Clayton County.

This honorable Court afford adequate discovery.

This honorable Court all relief this Court deems just and proper.

VERIFICATION

(Affidavit)

The undersigned Affiant by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I do not have an attorney, legal advisor, paralegal or typist to represent me in this case. Also that the contents are true, correct and not misleading to the best of his knowledge.

*[signature]*

Petitioner

Pro se



MAGISTRATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA            DISPOSSESSORY PROCEEDING

Deancurt Stockbridge II LLC DBA Cambridge Pointe Apts

PDQ Services, Inc
P. O. Box 2109
Woodstock, GA 30188-1374         (770) 389-5161

vs

CLERK'S USE ONLY
Efiled 6/13/2017 9:19:34 AM
Clayton County, GA

Jacalyne D. Wills
Clerk Magistrate Court

CASE NUMBER
2017 CM   2017CM15108

Defendant: Elizabeth Martin and All Other Occupants

3384 Mount Zion Rd  Apt. 1-101
Stockbridge, GA 30281

(a) THAT Tenant fails to pay rent which is now past due...
(b) THAT tenant holds the premises over and beyond the term for which...were rented or leased to tenant(s);
(c) THAT tenant is a tenant at sufferance;
(d) THAT _____ and
plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
Plaintiff desires and has demanded possession of the premises and Defendant has failed and refused to deliver said possession.

WHEREFORE, Plaintiff DEMANDS: (circle all that apply)
(a) possession of the premises; (b) past due rent of $1,030.00 for the month(s) beginning 06/01/17
(c) rent accruing up to the date of judgment or vacancy at the rate of $34.33 per day.
(d) Plus 140.00 Late fee  55.00 Utilities  and cost of this action

Past Due Rent _____
Late Fee  $14_
Utilities  $_
Warrant Fee
Other Fees
Bal. Due $_
Plus

Sworn to and subscribed before me,
This ___ day of June , 2017

By _____
Deputy Clerk/Notary Public

CHRIS JOHNSON
COMMISSION EXPIRES
NOTARY
GEORGIA

Affiant _____  (770) 389-5161

TO THE SHERIFF OF CLAYTON COUNTY OR HIS LAWFUL DEPUTIES   SUMMONS
GREETINGS: The defendant(s) is/are commanded to ... file an answer to said affidavit in writing or orally in person at the Magistrate... date of service of the within affidavit and summons. EACH defenda...
Clayton County, Jonesboro, Georgia on or before the ___ day after ... Writ of Possession and/or Judgment may issue as provided by law.
file an answer in his or her own name. If such an answer...

WITNESS the Honorable Wanda L. Dallas, Chief Judge of said Court
6/29/2017
This ___ day of _____, 200__

Toie Lewis
_____ Deputy Clerk

SHERIFF'S ENTRY OF SERVICE
I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of same: ( ) Perso...
(name) _____  ( ) By posting a copy to the door of the premises and d...
S. Mail, First Class in an envelope properly addressed, with adequate postage thereon, said copy containing no...
answer at the place stated in said summons.

DATE OF SERVICE  JUL 0 4 2017

IMPORTANT NOTICE
Pursuant to Official Code of Georgia, Section 44-7-55(c) any writ of possession issued pursuant to this article shall...
...personal property or both from the premises and permit placement of such personal property on some po...
...that after execution of the writ, such property shall be regarded as abandoned.
...Code of Clayton County, Georgia, Section 82-91 et. seq if such property is not removed from the land...
...possession, and if the property otherwise is in violation of the coun...
...authorized agent who signs the affidavit fo...



# IN THE MAGISTRATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

DEANCURT STOCKBRIDGE LLC
AVENUE 33 APARTMENTS
_____,
Plaintiff,

Case No: 2017CM15108

v.

ELIZABETH MARTIN & DEAN JENKINS AND
ALL OTHER OCCUPANTS
_____,
Defendant.

**JUDGMENT**
( ) Trial
( ) Default
(X) Consent
( ) Other Order

This case came before the court (X) for trial ( ) on Plaintiff's motion for entry of a default judgment

( ) The Court having heard and considered the testimony and evidence presented by the parties in attendance
( ) The Parties having evidenced their consent hereto by signing below
( ) The ( ) Plaintiff(s) ( ) Defendant(s) having failed to appear by the call of the calendar
( ) The Defendant being in default due to failure to answer summons
( ) Upon motion ( ) for directed verdict ( ) for judgment on the pleadings ( ) to strike Defendant's answer

## IT IS HEREBY ORDERED AND ADJUDGED THAT

( ) The case is dismissed ( ) at Plaintiff's Request ( ) with ( ) without prejudice.
( ) Judgment be entered for the Defendant(s).
(X) __PLAINTIFF__ have and recover of __DEFENDANT Jenkins (Dean)__ the sum of $ 2122.41 as principal, $ 0 as interest, $ 0 as attorney's fees and $ 100.00 as costs of court, together with post-judgment interest as allowed by law to accrue hereafter.
(X) A Writ of Possession for the premises sought by Plaintiff shall issue: ( ) instanter (X) but shall not be executed until the expiration of seven (7) days after today ( ) in accordance with the terms specified below.
( ) the judgment shall be paid as follows:_____
_____
_____
until paid in full. Upon default and the filing of a sworn statement of such default by the judgment holder, a Writ of FI. FA. shall issue for any unpaid balance, and ( ) a Writ of Possession shall issue instanter.
( ) Further terms of judgment or findings of fact:_____
_____
_____

( ) In the event that an appeal is taken in a dispossessory case, the Defendant shall pay $_____ into the registry of the court on the ___ day of each month hereafter, beginning _____, plus any judgment amount by ( ) the date appeal is filed ( ) _____, pursuant to O.C.G.A. §44-7-56. Upon Defendant's failure to comply with this order and upon an affidavit from the Plaintiff to that effect duly served upon Defendant as provided by law, a Writ of Possession shall issue instanter and without additional hearing.

SO ORDERED this __17__ day of __July__, 20__17__.

_____
Judge, Magistrate Court of Clayton County

( ) Prepared by ( ) Consented to: Plaintiff: Fred Rushing (by Gracy Barksdale)    Defendant: _____

Rev 3/00